IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIANA CREWS, | |
| Plaintiff, | |
| v. | Case No. 05-CV-4033-JPG |
| PLATOLENE 500, Inc., | |
| Defendant. | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon a motion for summary judgment, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of defendant Platolene 500, Inc. and against plaintiff Diana Crews, and that all Crews' claims against defendant Platolene 500, Inc., are **DISMISSED WITH PREJUDICE**.

**DATED: April 13, 2006.**

                                                 **NORBERT G. JAWORSKI, CLERK**

                                                 **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  /s/ J. Phil Gilbert**
                       **J. PHIL GILBERT**
                       **U.S. District Judge**