IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DIANA CREWS,

    Plaintiff,

    v.

PLATOLENE 500, Inc.,

    Defendant.

Case No. 05-CV-4033-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon a motion for summary judgment, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the defendant, Platolene 500, Inc., and against the plaintiff, Diana Crews, and that Crew's claims against Platolene 500, Inc. in this case are **DISMISSED WITH PREJUDICE**.

**DATED: July 19, 2006.**

                                              **NORBERT G. JAWORSKI, CLERK**

                                              **s/ Brenda K. Lowe**
                                              **Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
                  **J. PHIL GILBERT**
                  **U.S. District Judge**